United States District Court
Southern District of Texas
**ENTERED**
July 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRACY  AMAYA-SAM, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00028 |
| | § | |
| U.S. BANK, N.A., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On July 25, 2019, the Plaintiffs and the Defendants filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 15) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 29th day of July, 2019.

George C. Hanks Jr.
United States District Judge